Larry Bernett Pratt, Jr., pro se. Jonathan Paul Luna, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Larry Bernett Pratt, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Pratt,* Nos. CR–99–407–AMD; CA–01–1197–AMD (D.Md. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Timothy Clark, pro se. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Timothy Clark seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Clark v. Braxton,* No. CA–00–778–7 (W.D. Va. filed Sept. 25, 2001; entered Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Timothy **CLARK, Petitioner–Appellant,**

v.

**D.A. BRAXTON, Defendant–Appellee.**

No. 01–7818.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

James **STATON, Jr., Petitioner–Appellant,**

v.

**D. Scott DODRILL, Warden, Respondent–Appellee.**

No. 01–7834.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

